**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RALPH LOGAN AND SHAN LOGAN,** | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:17-cv-00497-LY |
| v. | § § | |
| **HARTFORD INSURANCE COMPANY OF THE MIDWEST** | § § § | |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs, Ralph Logan and Shan Logan, and Defendant, Hartford Insurance Company of the Midwest, by its undersigned attorneys, respectfully notify the Court that the parties have tentatively settled this matter and request thirty (30) days from this notice to finalize settlement papers and file a joint motion to dismiss with prejudice.

Dated:  June 27, 2018               Respectfully submitted,

**BAKER & HOSTETLER, LLP**

By: /s/  *Bradley K. Jones*
   Douglas D. D'Arche
   State Bar No. 00793582
   Bradley K. Jones
   State Bar No. 24060041
   811 Main St., Suite 1100
   Houston, Texas  77002
   Telephone: (713) 751-1600
   Facsimile:  (713) 751-1717
   E-mail: ddarche@bakerlaw.com
   bkjones@bakerlaw.com

AND

**NIELSEN & TREAS, LLC**

By:  /s/ *Joseph J. Aguda, Jr.*
   Joseph J. Aguda, Jr.
   Louisiana State Bar # 27762
   Nielsen, Carter & Treas, LLC
   3838 N. Causeway Boulevard, Suite 2850
   Metairie, Louisiana 70002
   P: (504) 837-2500; F: (504) 832-9165
   Email: jaguda@nct-law.com

**COUNSEL FOR DEFENDANT, HARTFORD INSURANCE COMPANY OF THE MIDWEST**

AND

**THE ROLAND BROWN LAW FIRM**

By:  /s/ *Roland G. Brown*
   Roland G. Brown
   State Bar No. 03166500
   15577 Ranch Road 12, Suite 105
   Wimberley, Texas 78676
   Telephone: 512-847-2500
   Facsimile: 512-847-5291
   Email: roland@rolandslaw.com
**COUNSEL FOR PLAINTIFFS,
RALPH LOGAN AND SHAN LOGAN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 27th day of June, 2018, a true and correct copy of the foregoing document was served on all parties via the court's electronic mailing system:

Roland G. Brown
The Roland Brown Law Firm
15577 Ranch Road 12, Suite 105
Wimberley, Texas 78676
roland@rolandslaw.com

                                            /s/ *Bradley K. Jones*
                                            Bradley K. Jones