# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RALPH LOGAN AND SHAN LOGAN, | § | |
| Plaintiffs, | § | |
| V. | § | |
| | § | |
| HARTFORD INSURANCE COMPANY | § | A-17-CV-497-ML |
| OF THE MIDWEST, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The parties consented to this court's jurisdiction under 28 U.S.C. § 636(c). Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. #20), **IT IS HEREBY ORDERED** that:

All claims and causes of action are **DISMISSED WITH PREJUDICE**;

Any pending motions are **DENIED**;

Each party shall bear its own costs and fees; and

This case is **CLOSED**.

SIGNED July 30, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE